IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
JAN 2 1 2020
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Utica

| | |
|---|---|
| LINCOLN FRANCHELL and JOHN DOE 1, on behalf of themselves and all others similarly situated, Plaintiffs, v. THE UNITED STATES CONFERENCE OF CATHOLIC BISHOPS Defendant. | Case No. 6:19-cv-1006 (DNH/TWD) |

## NOTICE OF PLAINTIFFS' VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), both of the above-named Plaintiffs, by and through their attorneys of record, voluntarily dismiss without prejudice all of their claims against Defendant United States Conference of Catholic Bishops in the above-captioned matter. No answer or motion for summary judgment has been filed. Each party will bear their own costs.

Dated: January 13, 2020

1

SO ORDERED:

DAVID N. HURD
United States District Judge
Dated: 1/21/2020 Utica, NY

Respectfully Submitted,

/s/ *Rex A. Sharp*
Rex A. Sharp, NDNY # 700808
Ryan C. Hudson, NDNY # 700804
Larkin Walsh, NDNY # 700802
Sarah T. Bradshaw, NDNY # 700803
Sharp Barton, LLP
5301 W. 75th Street
Prairie Village, KS 66208
(913) 901-0505
rex@sharpbarton.com
ryan@sharpbarton.com
larkin@sharpbarton.com
sarah@sharpbarton.com

**Attorneys for Plaintiffs and Putative Class**

2